■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID A. ROBIDOUX, Appellant. — Appeal unanimously dismissed as academic and matter remitted to Supreme Court, Erie County, to vacate the conviction and dismiss the indictment, *sua sponte,* or an application by the District Attorney or the attorney who appeared for defendant (*see, People v Massaro,* 78 AD2d 775, *lv denied* 52 NY2d 835). (Appeal from judgment of Supreme Court, Erie County, Marshall, J. — robbery, third degree, and other charges.) Present — Dillon, P. J., Denman, Boomer, Green and O'Donnell, JJ.